IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Antonia | Case Number: 08 B 03166 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/17/08 | Filed: 2/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 21, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,133.48 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,133.48 |
| Totals: | 2,133.48 | 2,133.48 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | City Of Chicago | Secured | 457.35 | 0.00 |
| 2. | Northern Trust | Secured | 99,220.46 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 1,426.77 | 0.00 |
| 4. | First USA Bank N A | Unsecured | | No Claim Filed |
| 5. | Armor Systems Co | Unsecured | | No Claim Filed |
| 6. | Chase Receivables | Unsecured | | No Claim Filed |
| 7. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 8. | Bank Of America | Unsecured | | No Claim Filed |
| 9. | First Premier Bank | Unsecured | | No Claim Filed |
| 10. | Chase Receivables | Unsecured | | No Claim Filed |
| 11. | Bank Of America | Unsecured | | No Claim Filed |
| 12. | FMS Inc | Unsecured | | No Claim Filed |
| 13. | HSBC | Unsecured | | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 15. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | United Credit Union | Unsecured | | No Claim Filed |
| 20. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 22. | United Credit Union | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 101,104.58 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Smith, Antonia

Printed: 6/17/08

Case Number: 08 B 03166
Judge: Wedoff, Eugene R
Filed: 2/12/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

